**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES FISHER,

        Plaintiff,

vs.                                     Case No. 3:15-cv-1525-J-34MCR

In the Interest of TRAVIS N. ROSS,

        Defendant.

_____

**ORDER**

    **THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 5; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on January 14, 2016.  In the Report, Magistrate Judge Richardson recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 2) be denied and that his case be dismissed without prejudice. <u>See</u> Report at 4.  Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district court is not required to conduct a <u>de novo</u> review of those findings.  <u>See Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see also</u> 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions <u>de novo</u>.  <u>See Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla.  May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.    The Magistrate Judge's Report and Recommendation (Dkt. No. 5) is **ADOPTED** as the opinion of the Court.

2.    Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 2) is **DENIED**.

3.    This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

4.    The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of February, 2016.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record

Pro Se Party